William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07-cv-01496-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| KATHLEEN PEPE, Individually and as Administrator of the Estate of DONALD PEPE,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, KATHLEEN PEPE, Individually and as Administrator of the Estate of DONALD PEPE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: November 9, 2009        AUDET & PARTNERS, LLP

By: _____
    Counsel's Name
    Attorneys for Plaintiff, Donald Pepe

DATED: Dec. 22, 2009          DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010           _____
                              Hon. Charles R. Breyer
                              United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE